UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LARRY SHIPMAN, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | NO. |
| v. | **CLASS ACTION COMPLAINT** |
| TALLBRIDGE INVESTMENTS CORP., a British Columbia, Canada corporation, | **JURY DEMAND** |
| Defendant. | |

Plaintiff Larry Shipman ("Shipman") brings this Class Action Complaint and Demand for Jury Trial against Defendant Tallbridge Investments Corp. ("Tallbridge") to stop the Defendant from violating the Telephone Consumer Protection Act by placing calls that feature an artificial or pre-recorded voice message without consent. Plaintiff, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## PARTIES

1.      The Plaintiff is a resident of Katy, Texas.

2.      Defendant Tallbridge Investments is a corporate that maintains its headquarters in British Columbia, Canada. Defendant purports to have a mailing address and staff in Austin, Texas. Defendant places calls into this District and seeks investments in this District.

## JURISDICTION AND VENUE

3.      This Court has personal jurisdiction over Defendant since the Defendant conducts its business in this District and because Defendant's wrongful conduct of calling the Plaintiff was directed to and received by Plaintiff in this District on Plaintiff's Texas area code cell phone number.  Venue is proper in this District under 28 U.S.C. § 1391(b) because the Plaintiff is located in this District and because the Defendant contacted the Plaintiff in this District.

## INTRODUCTION

4.      As the Supreme Court explained at the end of its last term, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

5.      When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

6.      By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

7.      The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

8.      According to online robocall tracking service "YouMail," 4.62 billion robocalls were placed in February alone, at a rate of 159.4 million per day. www.robocallindex.com (last visited April 25, 2021).

9.      "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

10.      "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls

[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf

**COMMON ALLEGATIONS**

11.     Defendant Tallbridge Investments buys and sells properties throughout North America, including in Texas.[3]

12.     Defendant TallBridge Investments has a team of cold callers who regularly place unsolicited calls to consumers.

13.     Defendant TallBridge Investments also relies on third-party companies to place cold calls on its behalf.

14.     Steve Enns, a co-owner of Tallbridge Investments was interviewed by Reva Gobal Real Estate Virtual Assistants ("Reva") on YouTube to discuss the success Tallbridge Investments has had working with Reva:



RLM Case Study | Steve Enns - Tallbridge Investments                4

15.     Reva provides a number of services to real estate companies including cold calling packages:

---

[3] https://www.linkedin.com/company/tallbridge-real-estate-inc-/about/
[4] https://www.youtube.com/watch?v=CER7Z6WT-oc



16.     In the aforementioned interview, Enns states, "We have a whole cold call system set up and leads coming in from different places."[6]

17.     Josh Alter and Steve Enns, the co-owners of Tallbridge Investments were interviewed on reiconversion.com, an investment website provider and marketer, where Alter and Enns spoke about the set-up of their team, explaining the set-up of their own cold call team of employees:

[5] https://revaglobal.com/launchcontrol/
[6] https://www.youtube.com/watch?v=CER7Z6WT-oc – 1 minute, 53 seconds

4

**Steve and Josh**

So there's really the core six. Um, and then beyond that we've really been rounding up
our virtual teams. So we have, um, which kind of falls under the marketing umbrella
currently is our cold call team. So we have four full time cold callers. Um, and then we
do a significant amount of SMS, RBM marketing as well. And so we have a team of
three VA's that basically just manage all of the inbound messages that come in to
qualify. And push those over to our acquisitions team. Uh, and then there are three
others, three other VA's, uh, that support kind of our marketing process and more sort
of like the debt, data reporting and analytics of our business. So, um, yeah, that's kinda,
that's the core team.                                                                      [7]

18.     Tallbridge Investments and/or third-party companies like Reva place pre-recorded
calls to consumers in order to generate business.

19.     These pre-recorded calls feature the voice of Josh Alter, co-owner of Tallbridge
Investments, as per Plaintiff's experience.

20.     Consumers have posted unsolicited voicemail recordings that they received from
Tallbridge Investments that were recorded by Alter, including:

---

[7] https://reiconversion.com/reicon019/

## Typical Messages



Hi my name is Josh I'm just calling to kind of apologize for that but I'm looking at my house in your neighborhood. Wasn't sure but I thought you might have one for sale. If this is the wrong number I apologize. I hope it isn't but I know it might be. Anyway you can call me back if you have a house you might consider selling at 512-598-5485. I'm looking at ... the next month or so I really don't care what the condition of it is if it needs work the shop(?) taxes anything like that it's fine I can take care of it. I wanna pay cash so please call or text me the house or I guess even if you know anyone in the area that might have a house for sale we'd be happy to pay you a referral fee. Again I can be reached at 512-598-5485. I look forward to hearing from you and if I have the wrong number I'm really sorry I know that I'm contacting you kind of so I do apologize it is much appreciated. Thanks so much.





Hi my name is Josh. I know this call is kind of apologize for that but I'm looking at my house in your neighborhood. I wasn't sure I thought you might have for sale. If this is the wrong number I apologize. So I hope it isn't but I know it might be. Anyway you can call me back if you have a house you might consider selling. 281-801-9746. I'm looking online(?) the next month or so I really don't care about the condition of the home if he needs work or there's not-taxes(?) or really anything like that I can take care of it I can pay cash and close on your time line. So if you can please call or text me the house or I guess even if you know one of the that might be pursuing you. Again I can be reached at 281-801-9746. I look forward to hearing from you and if I have the wrong number again I'm really sorry I know I I'm contacting you to play so if you apologize it's much appreciated. God bless.



8

---

8 https://directory.youmail.com/directory/phone/3156417620

Typical Messages Mentioning (281) 801-9746


Hey, there. This is Josh. I just thought I'd try you again here for just following up on my text message and materials. This is from the other week and the reason I was trying to get a hold of you one of my colleagues. Actually had indicated that you might be open to selling or Joseph. If that's not the case. If you were interested or at least considering offers, I'd love to have a few minutes of your time on the local investor I can be cashed and my buyer as is also gonna depending on your situation. I can make very close if not about retail just depending on the term. So really just trying to be flexible as I can with the homeowners for the new my a lot of homes in the area and would love to have a few minutes of your time if you're willing. My number is 281-801-9746 if you call you'll connect live with me or someone on my team just a few minutes speaking with you and will be able to present an offer 281-801-9746 thanks so much.




Hi, my name is Josh. I know this call is kind of out of the Blue and I apologize for that, but I'm looking to buy a house and your neighborhood. I wasn't sure I thought you might have for sale. This is the wrong number. I apologize. I hope it isn't but I know it might be anyway, you can call me back I'll be here at the house you might consider selling at 281-801-9746. I'm looking to buy in the next month or so I really don't care about the condition of the home if it needs work orders doc taxes are really anything like that. I can take care of it. I can pay cash and close on your timeline. So if you could please call or text me. If you have a house or I got a few minutes, you know one of the air that might be for sale would be happy to pay your referral again. I can be reached at 281-801-9746. I look forward to hearing from you and if I have the wrong number again, I'm really sorry, I know, I am contacting you out of the Blue. So I do apologize, it's much appreciated God bless. [9]

21.     Consumers have also posted complaints online regarding unsolicited telemarketing calls they received from or on behalf of Tallbridge Investments including:

- "Looks like these folks are scammers. I have a 'do not call number', and they called me."[10]

- "THIS PEOPLE KEEP CALLING ME ASKING FOR A PERSON -- THEY ARE PART OF THE PROBLEM WITH SPAM CALLS -- VERY VERY FRUSTRATED --I WILL PROUDLY

---

[9] https://directory.youmail.com/directory/phone/2818019746
[10]
https://www.google.com/search?q=%22tallbridge+investments%22&oq=%22tallbridge+investments%22

HELP THEM BUY THAT PERSON PROPERTY IF THEY CAN JUST STOP CALLING ME"[11]

- "Cold called me to buy my off-market property…"[12]
- "We are currently being harassed by this "investment" group. We get several calls a day, with the first one around 6:30am. No one is there when you answer the call."[13]

## PLAINTIFF'S ALLEGATIONS

22.     On April 12, 2021 at 9:35 AM, Plaintiff received an unsolicited call from Defendant, from phone number 315-641-7620 to his cell phone number.

23.     Plaintiff did not answer this call.

24.     A pre-recorded voicemail message was left from Defendant stating:

"Hi. It's Josh again here and I appreciate you taking my message here. Just wanted to try you again. I've now sent you a couple of texts and voicemails. Just hoping to have a few minutes of your time. See if you are were at all interested in receiving an offer on your home. As mentioned, I am a local investor. I've bought hundreds of homes and have some great testimonials I can provide you just to kind of see who I am and how we do business. But, I do buy a lot of homes. I can pay cash if that's important to you. If you're looking for something that's a bit more flexible in terms of timing or terms, all of that works as well. I was hoping to have a few minutes of your time, see if we could have a conversation about the property and present you an offer. You can call me directly at 281-801-9746 and you'll connect live with me or someone on my team and they'll be able to present you with an offer. Just a few minutes of your time. 281-801-9746."

25.     Plaintiff believes this voicemail was pre-recorded because the voicemail message is generic and the voicemail begins with "hi," and is followed by a brief period of silence and then repeats "hi" again before it delivers the full message.

26.     If one calls the number 315-641-7620, an automated greeting identifies the caller as Josh Alter. The caller is then given the option to have their phone number placed on a do not

---

[11] *Id.*
[12] *Id.*
[13] https://800notes.com/Phone.aspx/1-737-243-9518

8

call list or to press '1' to speak to a live agent. If '1' is pressed, a message plays stating, "Hi, thank you for calling Tallbridge Investments."

27.     As has been stated above, Josh Alter is a co-founder of Tallbridge Investments.[14]

28.     If one calls 281-801-9746, the number left in the prerecorded message, an automated message states, "Hi, thank you for calling Tallbridge Investments."

29.     Plaintiff believes that he has received multiple calls from Tallbridge Investments over the last year.

30.     Plaintiff has never provided his phone number to Tallbridge Investments or any of its partner companies.

31.     The unauthorized solicitation telephone calls that Plaintiff received from Tallbridge Investments, as alleged herein, have harmed Plaintiff in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of his phone, in addition to the wear and tear on the phone's hardware (including the phone's battery) and the consumption of memory on the phone.

32.     Seeking redress for these injuries, Plaintiff, on behalf of himself and a Class of similarly situated individuals, bring suit under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which prohibits calling a cell phone number using a pre-recorded voice message without consent.

## CLASS ALLEGATIONS

33.     Plaintiff brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

**Pre-recorded Class**: All persons in the United States who from four years prior to the filing of this action through the date notice is disseminated (1) received a phone call from or on behalf of Defendant, (2) which featured an artificial or pre-recorded voice, (3) for the same purpose that Defendant called Plaintiff, and (4) for whom Defendant contends prior express consent was obtained in the same manner as it contends prior express consent was obtained from Plaintiff.

---

[14] https://tallbridgeinvestments.com/our-team/

34.     The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, their subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against Defendant have been fully and finally adjudicated and/or released. Plaintiff anticipates the need to amend the Class definitions following appropriate discovery.

35.     **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable.

36.     **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a)     whether Defendant Tallbridge Investments placed calls to Plaintiff and members of the Pre-recorded class using a pre-recorded voice message without first obtaining the prior express written consent that is necessary to make such calls;

(b)     whether Defendant Tallbridge Investments's calls to Plaintiff and other consumers were made for telemarketing purposes;

(c)     whether Defendant's conduct constitutes a violation of the TCPA;

(d)     whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

37.     **Adequate Representation**: The Plaintiff will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. The Plaintiff has no interests antagonistic to those of the Class, and Defendant has no defenses unique to Plaintiff. Plaintiff and his counsel are committed to vigorously prosecuting

10

this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff nor his counsel have any interest adverse to the Class.

38.     **Appropriateness**: This class action is also appropriate for certification because Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to the Plaintiff. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

<u>**FIRST CLAIM FOR RELIEF**</u>
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Shipman and the Pre-recorded Class)**

39.     Plaintiff repeats and reallege paragraphs 1 through 38 of this Complaint and incorporates them by reference.

40.     Defendant made calls to Plaintiff and the other members of the Pre-recorded Class using an artificial or pre-recorded voice message.

41.     These pre-recorded voice calls were made *en masse* without the prior express written consent of the Plaintiff and the other members of the Pre-recorded Class.

42.     Defendant has, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendant's conduct, Plaintiff and the other members of the Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff individually and on behalf of the Class, prays for the following relief:

43.     An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff as the representative of the Class; and appointing his attorneys as Class Counsel;

44.     An award of actual and/or statutory damages and costs;

45.     An order declaring that Defendant's actions, as set out above, violate the TCPA;

46.     An injunction requiring Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

47.     Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff requests a jury trial.

Respectfully Submitted,

**LARRY SHIPMAN**, individually and on behalf of those similarly situated individuals,

DATED this 13th day of May, 2021.

By: /s/ *Robert A. McLauchlan*
Robert A. McLauchlan, MD, JD
The Law Offices of Robert A. McLauchlan
1409 Harborside Dr.
Galveston, TX 775509
Telephone: (512) 339-4100
Robert.A.McLauchlan@gmail.com

Patrick H. Peluso*
ppeluso@woodrowpeluso.com

Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

\* *Pro Hac Vice Application to be filed*